UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMOS E. MASON,<br><br>        Plaintiff,<br><br>    v.<br><br>VIRGIL SMITH, LIEUTENANT HOLTON,<br>C/O OFFICER ROY, JAMES R. RYAN and<br>GRIEVANCE OFFICER JANE/JOHN DOE,<br><br>        Defendant. | Case No. 10-cv-890-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: March 12, 2012**         NANCY J. ROSENSTENGEL, Clerk of Court

                    By: **Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**