UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMOS E. MASON,

      Plaintiff,

    v.                                   Case No. 10-cv-890-JPG-PMF

VIRGIL SMITH, LIEUTENANT HOLTON,
C/O OFFICER ROY, JAMES R. RYAN and
GRIEVANCE OFFICER JANE/JOHN DOE,

      Defendant.

## JUDGMENT

This matter having come before the Court, the issues having been heard, and a decision having

been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.


**DATED: March 12, 2012**         **NANCY J. ROSENSTENGEL, Clerk of Court**


                               **By: Brenda K. Lowe, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**