# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| AMOS E. MASON<br>*Plaintiff*<br>v.<br>VIRGIL SMITH, LIEUTENANT HOLTON, C/O OFFICER ROY, JAMES R. RYAN, and GRIEVANCE OFFICER JANE/JOHN DOE,<br>*Defendants* | Case Number: 10-890-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: March 20, 2012**

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By: s/ Brenda K. Lowe, Deputy Clerk**

**Approved:** s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**